**No. 68754.**—Textile Fabric Associates, Inc. *v.* United States, protest 63/21016 (New York).

BEFORE THE SECOND DIVISION. SEPTEMBER 3, 1964

Opinion by RAO, J. The protest was dismissed for lack of prosecution. As to entry 863813, the protest was untimely.